# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| JEREMY GREY, | ) |
|    Plaintiff, | ) |
| | ) |
| v. | ) No. 2:22-cv-2318-SHL-cgc |
| | ) |
| HAMDI SULEIMAN, | ) |
|    Defendant. | ) |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's Complaint, (ECF No. 1), filed May 23, 2022,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Stipulation of Dismissal, (ECF No. 30), filed January 23, 2023, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims in this matter are hereby **DISMISSED WITH PREJUDICE**. The Parties shall bear their own costs.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

January 23, 2023
Date